# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

CIVIL NO. 1:05CV305-1-T
(1:02CR45)

| | |
|---|---|
| MANUEL CARRIZOZA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, filed September 19, 2005.

After careful review of the motion and case file, the undersigned finds the United States Attorney should file response to the issues raised therein.

**IT IS, THEREFORE, ORDERED that** no later than 60 days from entry of this Order, the United States Attorney shall file answer to the issues raised in Petitioner's § 2255 motion.

2

Signed: September 10, 2007

Lacy H. Thornburg
United States District Judge