# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV305-1-T
## (1:02CR45)

| | |
|---|---|
| MANUEL CARRIZOZA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Petitioner's motion for additional time in which to file response to the Respondent's motion to dismiss.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that Petitioner's motion is **ALLOWED**, and Petitioner has to and including January 10, 2008, in which to file response to the Respondent's motion to dismiss.

Signed: November 14, 2007

Lacy H. Thornburg
United States District Judge